## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff | | |
| v. | : | **Civil Action No.** |
| **$41,273.16 in U.S. CURRENCY,** | : | |
| Defendant | | |

: : : : : : : : :

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, by its attorneys, Rod Rosenstein, United

States Attorney for the District of Maryland, and Evan T. Shea, Assistant United States Attorney,

brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the

Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.         This is a civil forfeiture action against U.S. currency that constitutes funds

involved in violations of 31 U.S.C. § 5324(a) that are subject to forfeiture pursuant to 31 U.S.C.

§ 5317(c)(2).

## THE DEFENDANTS IN REM

2.         The defendant property consists of **$41,273.16** in U.S. Currency (hereinafter, the

"Defendant Property").

3.         The Defendant Property consists of the following funds that were seized on April

8, 2014:

   a.    $33,912.55 from Sandy Spring Bank account number ******9001 held in
         the name of "Lehal Enterprises, Inc. (T/A Glen Burnie Hess);" and

   b.    $7,360.61 from Sandy Spring Bank account number ******5806 held in
         the name of "Birinder Singh and Lakhwant Kaur."

1

4.          Since seizure, the Defendant Property has been and presently is in the custody of

the U.S. Department of Treasury.

## JURISDICTION AND VENUE

5.          Plaintiff brings this action *in rem* in its own right to forfeit and condemn the

Defendant Property.  This Court has jurisdiction over an action commenced by the United States

under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this

particular action under 31 U.S.C. 5317(c)(2) and 18 U.S.C. § 981.

6.          This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C.

§ 1355(b).  Upon filing this complaint, the Plaintiff requests that the Court issue an arrest warrant

*in rem*  pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(B), which the plaintiff will

execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplement Rule G(3)(C).

7.          Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the

acts and omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C.

§ 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

8.          The Defendant Property is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2)

because it was involved in violations of 31 U.S.C. § 5324(a)(3) which makes it an offense to

structure currency transactions with a domestic financial institution for the purpose of evading

the reporting requirements of 31 U.S.C. § 5313, and the regulations promulgated thereunder, and

because it was involved in violations 31 U.S.C. § 5324(a)(1) which makes it an offense to cause

a domestic financial institution to fail to file a report required under 31 U.S.C. § 5313 and the

regulations promulgated thereunder.

9.         To the extent it is necessary to do so, Plaintiff intends to rely on the provisions of

18 U.S.C. § 984 to establish that the Defendant Property is the property involved in the

violations of 31 U.S.C. § 5324 described in the attached affidavit.

10.        The Plaintiff specifically alleges that the conduct that gives rise to the forfeiture

of the Defendant Property continued through April 8, 2014, the date of the seizure of the

Defendant Property.

## FACTS

11.        The forfeiture is based upon, but not limited to, the evidence outlined in the

attached affidavit of Task Force Officer John Taylor, Sr. of the Internal Revenue Service, which

is incorporated herein by reference.

**WHEREFORE**, the plaintiff prays as follows:

1.    That any person or persons having any interest therein be cited to appear
      herein and answer the Complaint;

2.    That a Warrant of Arrest *in rem* issue to the Department of Treasury
      commanding the arrest of the Defendant Property;

3.    That Judgment of Forfeiture be decreed against the Defendant Property;

4.    That upon Final Decree of Forfeiture, the Department of Treasury dispose
      of the Defendant Property according to law; and

5.    That the plaintiff has such other and further relief as the case may require.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

6/5/2014

Date

Evan T. Shea
Assistant United States Attorney
36 S. Charles Street
Fourth floor
Baltimore, Maryland 21201
Telephone (410) 209-4800

## VERIFICATION

I, Evan T. Shea, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Internal Revenue Service and that everything contained therein is true and correct to the best of my knowledge and belief.

6/5/2019
Date

Evan T. Shea
Assistant United States Attorney

5

**14-0784SAG    14-0785SAG**

FILED

APR 11 2014

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT

I, John K. Taylor, Sr. ("your affiant"), a Federal Task Force Officer ("TFO") with the Internal Revenue Service, Criminal Investigation Division ("IRS-CID"), being duly sworn, depose and state:

### BACKGROUND

1.      Your affiant is a Federal TFO with IRS-CID and has served in that capacity since October of 2010. Your affiant's official responsibilities include conducting investigations of possible criminal violations of the Bank Secrecy Act (Title 31, United States Code), the Money Laundering Control Act (Title 18, United States Code), and other related offenses. I am empowered by law to investigate and to execute search and seizure warrants, as well as make arrests, for offenses involving the structuring of currency deposits to evade the reporting requirements outlined in Title 31 of the United States Code.

2.      While performing my duties as a TFO with IRS-CID, your affiant has participated in several investigations involving violations of Title 31 and Title 18 of the United States Code. Your affiant has participated in executing several search and seizure warrants related to these types of investigations. Your affiant has successfully completed several training seminars conducted by the Department of Treasury, the Internal Revenue Service, and the Department of Justice. The training included courses in criminal law, criminal investigative techniques, search and seizure warrants, financial investigative techniques, accounting, and tax. In my current assignment as a TFO with IRS-CID, your affiant has developed expertise in the review and analysis of financial information, including the analysis of bank records.

3.      Prior to being detailed as a TFO with IRS-CID, your affiant has been a member of the Baltimore Police Department since April 1991. In December 2004, your affiant was assigned

1

to supervise the Department's Asset Forfeiture Unit. As the unit supervisor, your affiant conducted many proactive asset forfeiture investigations of individuals and businesses involved in the distribution of narcotics. Your affiant has participated in numerous state-issued search and seizure warrants resulting in the seizure of U.S. currency, illegal narcotics, weapons, vehicles, and real property.

4.    Unless otherwise stated, the information in this affidavit is either personally known to your affiant or has been provided to your affiant by other law enforcement officers and/or is based on a review of various documents and records as more particularly described herein.

### OBJECTIVE

5.    This affidavit is submitted in support of the Application made by the United States of America for a Seizure Warrant authorizing the seizure of United States currency from the following bank accounts[1]:

  a.  $438,000 contained in Sandy Spring Bank ("Sandy Spring") account number 1579929001 held in the name of "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)."

  b.  $37,000 contained in Sandy Spring account number 1485915806 held in the name of "BIRINDER SINGH AND LAKHWANT KAUR."

For the reasons stated herein, there is probable cause to believe that such monies are subject to seizure and forfeiture to the United States pursuant to 31 U.S.C. § 5317(c)(1) and (2), on the grounds that they constitute property involved in or traceable to cash deposits structured to avoid currency reporting requirements in violation of 31 U.S.C. § 5324 (a)(1) and (3). Moreover, there

---

[1] See "Applicable Forfeiture Principles" section, paragraphs 23-31, for a further explanation of the seizure amounts being requested.

is probable cause to believe that the funds in the specified bank accounts are subject to criminal forfeiture pursuant to 31 U.S.C. § 5317(c)(1) because they have the same value as funds that were involved in violations of the above-referenced currency structuring statutes, and thus may be seized pursuant to 21 U.S.C. § 853(f) and forfeited as substitute assets pursuant to 21 U.S.C. § 853(p).

## CURRENCY TRANSACTION REPORTS AND STRUCTURING

6.     Title 31, U.S.C. § 5313 and 31 C.F.R. § 1010 of the Bank Secrecy Act ("BSA") require any financial institution that engages with a customer in a currency transaction (i.e., a deposit or withdrawal) in excess of $10,000 to report the transaction to the Internal Revenue Service on the Department of the Treasury's FinCEN Form 104, Currency Transaction Report ("CTR"). These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that they are by, or on behalf of, the same person, and they result in currency either received or disbursed by the financial institution totaling more than $10,000 during any one business day.

7.     CTRs are often used by law enforcement to uncover a wide variety of illegal activities including narcotics trafficking, money laundering, and tax evasion. Many individuals involved in these illegal activities are aware of such reporting requirements and take active steps to attempt to cause financial institutions to fail to file CTRs. These active steps are often referred to as "smurfing" or "structuring."

8.     As explained by the Fourth Circuit Court of Appeals in *United States v. Peterson*, 607 F.3d 975 (4th Cir. 2010), structuring can take several forms. Making multiple deposits of $10,000 or less into the same bank on the same day, with the total exceeding $10,000, is called "imperfect structuring" because the bank's obligation to file a CTR is triggered notwithstanding the customer's intent to evade it. Making multiple deposits into *different* banks on the same day,

3

with no one deposit exceeding $10,000, but with the total being in excess of that amount, is called "perfect structuring" because no one bank has a duty to file a CTR. Imperfect structuring is a violation of 31 U.S.C. § 5324(a)(1), and perfect structuring is a violation of 31 U.S.C. § 5324(a)(3). *Peterson,* 607 F.3d at 981.

9.      Not all structuring offenses involve breaking up sums in excess of $10,000 into smaller amounts on a single day. To the contrary, under 31 C.F.R. 1010.100(xx) a person may commit "serial structuring" if he or she deposits or withdraws $10,000 or less each day over a period of several days (or longer) with the intent to evade the reporting requirement. Serial structuring is a violation of 31 U.S.C. § 5324(a)(3). *Peterson,* 607 F.3d at 979. *See United States v. Van Allen,* 524 F.3d 814, 820-21 (7th Cir. 2008).

10.     To prove a violation of Section 5324(a), the Government is required to prove only that a currency transaction or series of currency transactions exceeding $10,000 was structured within the meaning of 31 C.F.R. 1010.100(xx), and that the person conducting the transaction intended to evade the currency reporting requirement. It is not necessary to show that the person knew that structuring was illegal. *United States v. Ismail,* 97 F.3d 50, 56 (4th Cir. 1996).

## FACTS SUPPORTING PROBABLE CAUSE THAT STRUCTURING VIOLATIONS OCCURRED

11.     BIRINDER SINGH ("SINGH") is the owner/operator of LEHAL ENTERPRISES, INC. ("LEHAL"), which operates a Hess gas station located at 6803 Ritchie Highway, Glen Burnie, Maryland 21061. LEHAL filed Articles of Incorporation in the State of Maryland on April 26, 2012 listing SINGH and Sonnypreet Singh as the corporate directors. SINGH is also listed as the company's Resident Agent. SINGH and Sonnypreet Singh are believed to be father and son, with public records indicating both reside at 15230 Briarcliff Manor Way, Burtonsville, Maryland 20866.

4

12.     Records maintained by Sandy Spring reveal that account number 1579929001 is a business checking account held under the name "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)." The account was opened on May 1, 2012. SINGH, Sonnypreet Singh, and Lakhwant Kaur ("Kaur") are the authorized signors on the account. Kaur is believed to be SINGH's wife.

13.     Sandy Springs records also indicate that account number 1485915806 is a personal checking account held in the name of "BIRINDER SINGH AND LAKHWANT KAUR." The account was opened on December 2, 2006. SINGH and Kaur are the authorized signors on the account.

14.     Based on the information outlined in this affidavit, as well as my knowledge, training, and experience, it is your affiant's belief that the cash deposited into Sandy Spring account numbers 1579929001 and 1485915806 (hereinafter referred to as "SINGH's business and personal accounts") was acquired in amounts exceeding $10,000 and broken up into separate deposits in amounts less than $10,001, or was deposited in a series of transactions in amounts less than $10,001, in an attempt to evade triggering the CTR reporting requirement.

15.     From May 24, 2012 through June 28, 2013, a total of 327 individual currency deposits totaling $2,503,100 were made into SINGH's business and personal accounts. Attachment A is a schedule of the cash deposits made during this period of time and clearly shows the structured manner in which the deposits were made. For instance:

- Of the 327 individual currency deposits that were made, only two exceeded the $10,000 CTR reporting requirement threshold;

- An amount between $7,000 and $10,000 was deposited 222 times (representing 67.9% of all deposits);

- Even further, an amount between $9,000 and $10,000 was deposited 125 times;

5

- On 13 separate dates, multiple cash deposits were made on the same day into the same account, each deposit under $10,001 when treated individually but exceeded the $10,000 threshold when aggregated;

- On 39 separate dates, a cash deposit was made into SINGH's business account followed shortly thereafter by another cash deposit into his personal account (or vice versa), each deposit under $10,001 when treated individually but exceeded the $10,000 threshold when aggregated;

- On 193 occasions, cash deposits were made into the same account on consecutive days, each deposit under $10,001 when treated individually but exceeded the $10,000 threshold when aggregated.

16.    Attachment A reflects instances where cash was repeatedly deposited in amounts just below the CTR reporting requirement threshold (i.e. between $7,000 and $10,000).  As mentioned in paragraph 9, such activity is often referred to as "serial structuring" and is a violation of 31 U.S.C. § 5324(a)(3), because by consistently keeping cash deposits just below the CTR reporting requirement of $10,001, and not depositing more than $10,000 in any one banking day, the bank did not have a duty to file a CTR.  Taking such steps demonstrates knowledge of the $10,000 reporting requirement threshold and a concerted effort to keep cash deposits just below that amount.

17.    As stated in paragraph 15, on 193 separate occasions, cash deposits were made into the same account on consecutive days in amounts under $10,001 when treated individually but exceeded the $10,000 threshold when aggregated.  For instance, the following is a summary of the cash deposits that were made into SINGH's business account within one week:

6

| DATE | AMOUNT |
|---|---|
| Monday, February 4, 2013 | $9,200 |
| Tuesday, February 5, 2013 | $9,200 |
| Wednesday, February 6, 2013 | $9,000 |
| Thursday, February 7, 2013 | $9,200 |
| Friday, February 8, 2013 | $7,200 |
| **TOTAL** | **$43,800** |

Based on my knowledge, training, and experience, I know that when individuals conduct multiple cash deposits within such a short period of time (e.g. consecutive days), this activity suggests that the cash was acquired in amounts exceeding $10,000 and broken up into separate deposits each less than $10,001.

18.     There were 13 separate dates on which more than $10,000 in cash was deposited into the same account on the same day via multiple deposits each under $10,001. For example, on July 18, 2012, at 1:12p.m., a $7,200 cash deposit was made into SINGH's business account at a Sandy Spring branch located in Burtonsville, Maryland. Just six minutes later, at 1:18p.m., another cash deposit in the amount of $3,100 was made into the same business account, again at Sandy Spring's Burtonsville, Maryland branch. Sandy Spring filed a CTR on this date because the total amount of cash deposited that day ($10,300) exceeded the $10,000 CTR reporting requirement threshold. Based on my knowledge, training, and experience, I know that an individual or business with more than $10,000 cash-on-hand would generally have no reason to make two different deposits minutes apart, instead of making a single deposit at one time. As mentioned in paragraph 8, this activity is an example of "imperfect structuring" and is a violation

7

of 31 U.S.C. § 5324(a)(1) because the bank's obligation to file a CTR is triggered notwithstanding the customer's intent to evade it.

19.     Attachment A also reflects 39 instances in which a cash deposit was made into SINGH's business account followed shortly thereafter by another cash deposit into his personal account (or vice versa). Each deposit was under $10,001 when treated individually but exceeded the $10,000 threshold when aggregated. For example, on June 17, 2013, at 2:51p.m., a $9,800 cash deposit was made into SINGH's business account (number x9001) at a Sandy Spring branch located in located in Burtonsville, Maryland. Then, just four minutes later at 2:55p.m., another cash deposit in the amount of $6,000 was made into SINGH's personal account (number x5806) at the same Burtonsville, Maryland branch. Sandy Spring filed a CTR on this date because the total amount of cash deposited that day into SINGH's business and personal accounts ($15,800) exceeded the $10,000 CTR reporting requirement threshold. This activity is another example of "imperfect structuring" and is a violation of 31 U.S.C. § 5324(a)(1) because the bank's obligation to file a CTR is triggered notwithstanding the customer's intent to evade it.

20.     A further analysis of SINGH's banking activity reveals that funds are frequently transferred from his personal account (personal checking account number 1485915806 held in the name of "BIRINDER SINGH AND LAKHWANT KAUR") to his business account (business checking account number 1579929001 held in the name of "LEHAL ENTERPRISES, INC. T/A GLEN BURNIE HESS"). Moreover, the transfers were often conducted immediately after cash had been deposited into SINGH's personal account. For instance, on November 13, 2012 and November 14, 2012, three separate cash deposits of $8,000 each were made into SINGH's personal account, and on November 14, 2012, $24,000 was transferred from SINGH's personal account into his business account. In all, from May 24, 2012 through June 28, 2013, $274,100 in cash was deposited into SINGH's personal account, and, within that same period of

8

time, $172,000 was transferred to his personal account. This activity indicates that SINGH used his personal account to structure cash deposits and later transferred the funds to his business account for business use.

21.     On December 11, 2012, a Sandy Spring employee spoke with SINGH. During the conversation, SINGH told the employee that he owns a Hess gas station and sells collectible trucks during the months of November and December for cash only. SINGH admitted to the bank employee that he splits his cash deposits between his business and personal accounts to avoid the filing of CTRs.

22.     In all, from May 24, 2012 through June 28, 2013, 327 individual cash deposits were made into SINGH's business and personal accounts totaling over $2.5 million. Of the 327 currency deposits, only two exceeded the $10,000 CTR reporting requirement threshold. In addition, there were 245 occasions in which multiple cash deposits totaling over $10,000 were made on the same day or on consecutive days. See *United States v. MacPherson*, 424 F.3d 183, 195 (2d Cir. 2005) (the jury may infer defendant's knowledge of the reporting requirement and his intent to evade it from the pattern of his transactions); *United States v. Abdelbary*, ___ Fed. Appx. ___, 2012 WL 5352515 (4th Cir. Oct. 31, 2012) (following *MacPherson*; pattern of structured withdrawals itself is sufficient to support jury's verdict that defendant knew of the reporting requirement and intended to evade it). In this case, your affiant submits that depositing over $2.5 million in 325 sub-$10,001 transactions, with multiple cash deposits often occurring on the same day or on consecutive days, represents powerful circumstantial evidence.

### APPLICABLE FORFEITURE PRINCIPLES

23.     Based on my training and experience, I know that 31 U.S.C. § 5317(c) provides for the civil and criminal forfeiture of "any property involved in a violation of section 5313, 5316, or 5324 of this title, or any conspiracy to commit any such violation, and any property

9

traceable to any such violation or conspiracy." I also know that the civil forfeiture of such property is governed by the procedures in 18 U.S.C. § 981, and that criminal forfeiture is governed by the procedures in 21 U.S.C. § 853.

24.    In the case of criminal forfeiture, I also know that the Government is entitled to seize and forfeit substitute property if the property directly involved in the structuring offense is no longer available. *See* 21 U.S.C. § 853(p). Whereas in the case of civil forfeiture, the Government must trace the property to the underlying offense unless the requirements of the fungible property statute, 18 U.S.C. § 984, are satisfied.

25.  ·  Based on my training and experience, I know that property subject to forfeiture may be seized pursuant to a warrant based on probable cause. *See* 18 U.S.C. § 981(b); 21 U.S.C. § 853(f). I am further advised that "probable cause" means simply a reasonable ground for belief that goes beyond mere suspicion but need not amount to prima facie proof. *United States v. One 1987 Mercedes Benz 300E*, 820 F. Supp. 248, 251-52 (E.D. Va 1993). This standard requires courts to make a practical, common sense decision whether, given all the circumstances, a fair probability exists that the property to be forfeited was involved in or was the subject of a transaction violating section 5324. *See id. See also United States v. Thomas*, 913 F.2d 1111, 1114 (4th Cir. 1990).

26.    Accordingly, to seize the property from the referenced bank accounts in this case for criminal forfeiture, the Government must show that there is probable cause to believe that structuring violations occurred, and that the funds in the accounts are equal in value to the funds involved in the structuring violations so that the funds presently in the accounts may be forfeited as substitute assets. Moreover, to seize the property in the bank accounts for civil forfeiture, the Government must show that there is probable cause to believe that structuring violations occurred, and that the funds presently in the accounts are traceable to the structured funds.

10

27.     With respect to the tracing requirement, I am advised that for the purpose of establishing probable cause, the Government is not required to strictly trace the funds in the accounts at the time of seizure to the offense giving rise to the forfeiture.  Rather, given the volatility in bank accounts, it is sufficient to show that a given sum of forfeitable money was deposited into an account and that the amount to be seized does not exceed that sum.  *See United States v. Dupree*, 781 F. Supp. 2d 115, 135 (E.D.N.Y. 2011) (there is probable cause for the seizure of funds in a bank account if there is a showing that the value of the criminal proceeds deposited into the account exceeds the current balance in the account or the amount the Government is seeking to seize; the probable cause affidavit does not have to negate the possibility that legitimate funds have replaced the criminal proceeds; that is an issue for trial).  In this case, your affiant submits that based on the evidence set forth in Attachment A, there is probable cause to believe that within the last year (since April 8, 2013), $438,000 in structured cash deposits were made into Sandy Spring account number 1579929001 held in the name of "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)" and $37,000 in structured cash deposits were made into Sandy Spring account number 1485915806 held in the name of "BIRINDER SINGH AND LAKHWANT KAUR."  Therefore, I have probable cause to believe that the funds now in the accounts are traceable to the property involved in structuring offenses in violation of Section 5324(a)(1) and (3) and are subject to civil forfeiture pursuant to 31 U.S.C. § 5317(c)(2).

28.     I am further advised that pursuant to 18 U.S.C. § 984, currency in a bank account is considered fungible for one year from the date of the offense.  Accordingly, even if the Government were required to establish strict tracing of forfeitable funds to a bank account to satisfy the probable cause requirement for civil forfeiture, any volatility in the bank account within one year of the execution of the seizure warrant may be disregarded.  *See United States v.*

11

*$79,650 Seized from ...Afework,* 2009 WL 331294, at *3 (E.D. Va. Feb. 9, 2009) (§ 984 "loosens the burden on the Government to 'trace' forfeitable property" if the property is fungible property found in the same place or account as the directly forfeitable property, and the action is commenced within one year).

29.     Moreover, to the extent that any or all of the funds directly traceable to the property involved in the structuring offenses have become unavailable, the Government is entitled to criminally forfeit substitute assets up to the value of the missing property. Accordingly, even if the funds presently in the referenced accounts were not traceable to the structuring offenses, they would be subject to seizure and forfeiture as substitute assets in a criminal forfeiture case pursuant to 31 U.S.C. §  5317(c)(1) and 21 U.S.C. § 853(p).

30.     Property subject to civil forfeiture may be seized pursuant to 18 U.S.C. § 981(b), and property subject to criminal forfeiture, including substitute assets, may be seized pursuant to 21 U.S.C. § 853(f). *See United States v. Martin,* 460 F. Supp. 2d 669, 677 (D. Md. 2006) (substitute assets may be seized pretrial pursuant to section 853(f)). In cases where the Government is not certain at the time of the seizure if it will pursue civil or criminal forfeiture, courts may issue the seizure warrant under both statutes. *See United States v. Lewis,* 2006 WL 1579855, at *4 (D. Minn. June 1, 2006).

31.     The probable cause showing is the same for Sections 981(b) and 853(f), except that the latter also requires a showing that a restraining order "may not be sufficient to assure the availability of the property for forfeiture." Based on my training and experience, I know that restraining orders served on banks sometimes fail to preserve the property for forfeiture because the bank representative receiving the restraining order fails to put the necessary safeguards in place to freeze the money in time to prevent the account holder from accessing the funds electronically, or fails to notify the proper personnel as to the existence of the order, or the bank

12

exercises its own right of setoff to satisfy an outstanding debt owed to the bank by the account holder. In contrast, where electronic funds are concerned, a seizure warrant guarantees that the funds will be in the Government's custody once the warrant is served. Moreover, I have contacted the bank and know that the current balance in the subject bank accounts is well below the amount reflected in the structured deposits, indicating that a large portion of the forfeitable property has already been taken from the account. *See United States v. Dupree*, 2011 WL 1004824, at *12 (E.D.N.Y. Mar. 18, 2011) (the Government may satisfy § 853(f) by showing that some of the criminal proceeds deposited into a bank account have already been depleted because that illustrates that the funds not only could be moved, but that some of them already *have been* moved)."

<div align="center">

**CONCLUSION**

</div>

32.     Wherefore, it is hereby requested that Special Agents and/or Task Force Officers of the Internal Revenue Service be authorized to seize, pursuant to 18 U.S.C. § 981(b) and 21 U.S.C. § 853(f), $438,000 contained in Sandy Spring account number 1579929001 held in the name of "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)" and $37,000 contained in Sandy Spring account number 1485915806 held in the name of "BIRINDER SINGH AND LAKHWANT KAUR." Based on the foregoing, your affiant submits that there is probable cause to believe that these funds constitute property involved in or traceable to cash deposits structured to avoid currency reporting requirements in violation of 31 U.S.C. § 5324(a)(1) and (3), or constitute substitute assets, which are subject to forfeiture to the United States pursuant to the provisions of 31 U.S.C. § 5317(c).

<div align="center">

13

</div>

**14-0784SAG** **14-0785SAG**

John K. Taylor, Sr.
Task Force Officer, IRS-CID

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd day of April, 2014.

Stephanie A. Gallagher
United States Magistrate Judge

14-0784SAG

14-0785SAG

**ATTACHMENT A**
**SCHEDULE OF CASH DEPOSITS**
SANDY SPRING BANK ("SS") ACCOUNT NO. 1579929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE KESS)"
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915806 "BRINDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 28, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Thursday, May 24, 2012 | SS | 1579929001 | 12:12 PM | | $ 7,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, May 25, 2012 | SS | 1579929001 | 12:15 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, May 29, 2012 | SS | 1579929001 | 11:41 AM | Burtonsville | 9,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, May 29, 2012 | SS | 1485915806 | 11:44 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, May 30, 2012 | SS | 1579929001 | 12:30 PM | | 8,300.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, May 31, 2012 | SS | 1579929001 | 12:56 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 01, 2012 | SS | 1579929001 | 1:08 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, June 04, 2012 | SS | 1579929001 | 10:11 AM | Burtonsville | 9,600.00 | SAME ACCOUNT - SAME DAY |
| Monday, June 04, 2012 | SS | 1579929001 | 12:30 PM | Burtonsville | 9,600.00 | SAME ACCOUNT - SAME DAY |
| Monday, June 04, 2012 | SS | 1485915806 | 12:33 PM | Burtonsville | 2,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, June 05, 2012 | SS | 1579929001 | 1:23 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 06, 2012 | SS | 1579929001 | 1:00 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, June 07, 2012 | SS | 1579929001 | 12:54 PM | | 8,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 08, 2012 | SS | 1579929001 | 12:36 PM | | 6,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, June 11, 2012 | SS | 1579929001 | 10:00 AM | Burtonsville | 4,200.00 | SAME ACCOUNT - SAME DAY |
| Monday, June 11, 2012 | SS | 1579929001 | 12:23 PM | Burtonsville | 8,600.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, June 12, 2012 | SS | 1579929001 | 11:49 AM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 13, 2012 | SS | 1579929001 | 12:17 PM | | 7,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, June 14, 2012 | SS | 1579929001 | 12:46 PM | | 5,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 15, 2012 | SS | 1579929001 | 12:31 PM | | 8,300.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, June 18, 2012 | SS | 1579929001 | 11:14 AM | Burtonsville | 5,500.00 | SAME ACCOUNT - SAME DAY |
| Monday, June 18, 2012 | SS | 1579929001 | 12:26 PM | Burtonsville | 9,700.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, June 19, 2012 | SS | 1579929001 | 12:47 PM | | 5,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 20, 2012 | SS | 1579929001 | 12:07 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 20, 2012 | SS | 1485915806 | 12:13 PM | | 1,500.00 | |
| Thursday, June 21, 2012 | SS | 1579929001 | 12:50 PM | | 4,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 22, 2012 | SS | 1579929001 | 10:05 AM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, June 25, 2012 | SS | 1579929001 | 12:04 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, June 26, 2012 | SS | 1579929001 | 12:20 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 27, 2012 | SS | 1579929001 | 12:27 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, June 28, 2012 | SS | 1579929001 | 1:29 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 29, 2012 | SS | 1579929001 | 1:10 PM | | 5,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, July 02, 2012 | SS | 1579929001 | 12:37 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, July 03, 2012 | SS | 1579929001 | 12:55 PM | Burtonsville | 9,100.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, July 03, 2012 | SS | 1485915806 | 1:00 PM | Burtonsville | 5,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Thursday, July 05, 2012 | SS | 1579929001 | 12:32 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, July 06, 2012 | SS | 1579929001 | 1:09 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, July 09, 2012 | SS | 1579929001 | 11:36 AM | Burtonsville | 4,500.00 | SAME ACCOUNT - SAME DAY |
| Monday, July 09, 2012 | SS | 1579929001 | 1:08 PM | Burtonsville | 9,800.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, July 10, 2012 | SS | 1579929001 | 12:50 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, July 11, 2012 | SS | 1579929001 | 12:15 PM | | 6,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, July 12, 2012 | SS | 1579929001 | 11:53 AM | | 10,500.00 | |
| Monday, July 16, 2012 | SS | 1579929001 | 1:00 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, July 17, 2012 | SS | 1579929001 | 12:42 PM | | 8,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |

**ATTACHMENT A**
**SCHEDULE OF CASH DEPOSITS**
SANDY SPRING BANK ("SS") ACCOUNT NO. 1579929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)"
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915806 "BIRENDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 28, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Tuesday, July 17, 2012 | SS | 1485915806 | 12:44 PM | | 1,000.00 | |
| Wednesday, July 18, 2012 | SS | 1579929001 | 1:12 PM | Burtonsville | 7,200.00 | SAME ACCOUNT - SAME DAY |
| Wednesday, July 18, 2012 | SS | 1579929001 | 1:18 PM | Burtonsville | 3,100.00 | SAME ACCOUNT - SAME DAY |
| Thursday, July 19, 2012 | SS | 1579929001 | 12:55 PM | | 4,002.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, July 20, 2012 | SS | 1579929001 | 1:09 PM | | 4,700.00 | |
| Monday, July 23, 2012 | SS | 1485915806 | 12:49 PM | Burtonsville | 1,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, July 23, 2012 | SS | 1579929001 | 12:50 PM | Burtonsville | 8,400.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, July 24, 2012 | SS | 1579929001 | 1:10 PM | | 6,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, July 25, 2012 | SS | 1579929001 | 12:49 PM | | 6,900.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, July 26, 2012 | SS | 1579929001 | 1:07 PM | | 4,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, July 27, 2012 | SS | 1579929001 | 1:04 PM | | 4,600.00 | |
| Monday, July 30, 2012 | SS | 1579929001 | 12:53 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, July 31, 2012 | SS | 1579929001 | 1:33 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, August 01, 2012 | SS | 1579929001 | 1:22 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, August 02, 2012 | SS | 1579929001 | 1:15 PM | | 6,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, August 03, 2012 | SS | 1579929001 | 1:12 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, August 06, 2012 | SS | 1579929001 | 11:20 AM | | 4,000.00 | SAME ACCOUNT - SAME DAY |
| Monday, August 06, 2012 | SS | 1579929001 | 1:48 PM | Burtonsville | 9,500.00 | SAME ACCOUNT - SAME DAY |
| Monday, August 06, 2012 | SS | 1485915806 | 1:52 PM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, August 07, 2012 | SS | 1579929001 | 1:34 PM | | 8,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, August 08, 2012 | SS | 1579929001 | 1:03 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, August 09, 2012 | SS | 1579929001 | 1:26 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, August 10, 2012 | SS | 1579929001 | 1:10 PM | | 8,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, August 13, 2012 | SS | 1579929001 | 11:54 AM | Burtonsville | 8,100.00 | SAME ACCOUNT - SAME DAY |
| Monday, August 13, 2012 | SS | 1579929001 | 1:42 PM | Burtonsville | 9,000.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, August 14, 2012 | SS | 1579929001 | 1:11 PM | | 8,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, August 15, 2012 | SS | 1579929001 | 1:24 PM | | 3,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, August 16, 2012 | SS | 1579929001 | 1:18 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, August 16, 2012 | SS | 1485915806 | 1:19 PM | | 3,000.00 | |
| Friday, August 17, 2012 | SS | 1579929001 | 9:46 AM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, August 20, 2012 | SS | 1579929001 | 1:03 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, August 20, 2012 | SS | 1485915806 | 1:08 PM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, August 21, 2012 | SS | 1579929001 | 1:16 PM | | 8,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, August 22, 2012 | SS | 1579929001 | 1:40 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, August 23, 2012 | SS | 1579929001 | 1:40 PM | | 6,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, August 24, 2012 | SS | 1579929001 | 1:26 PM | | 7,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, August 27, 2012 | SS | 1579929001 | 1:35 PM | Burtonsville | 8,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, August 27, 2012 | SS | 1485915806 | 1:35 PM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, August 28, 2012 | SS | 1579929001 | 12:22 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, August 29, 2012 | SS | 1579929001 | 1:18 PM | | 8,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, August 30, 2012 | SS | 1579929001 | 1:52 PM | | 8,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, August 31, 2012 | SS | 1579929001 | 1:17 PM | | 7,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, September 04, 2012 | SS | 1485915806 | 11:25 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, September 04, 2012 | SS | 1579929001 | 12:33 PM | Burtonsville | 9,600.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |

ATTACHMENT A
SCHEDULE OF CASH DEPOSITS
SANDY SPRING BANK ("SS") ACCOUNT NO. 1679929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)"
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915806 "BIRINDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 28, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Tuesday, September 04, 2012 | SS | 1485915806 | 12:37 PM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, September 05, 2012 | SS | 1570929001 | 1:14 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, September 06, 2012 | SS | 1570929001 | 12:59 PM | | 9,900.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, September 07, 2012 | SS | 1570929001 | 1:15 PM | | 7,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, September 10, 2012 | SS | 1485915806 | 11:44 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, September 10, 2012 | SS | 1570929001 | 12:48 PM | Burtonsville | 9,900.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, September 11, 2012 | SS | 1570929001 | 1:25 PM | | 8,850.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, September 12, 2012 | SS | 1570929001 | 1:29 PM | | 3,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, September 13, 2012 | SS | 1570929001 | 1:33 PM | | 6,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, September 14, 2012 | SS | 1570929001 | 1:51 PM | | 6,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, September 17, 2012 | SS | 1485915806 | 11:23 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, September 17, 2012 | SS | 1570929001 | 1:46 PM | Burtonsville | 9,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, September 18, 2012 | SS | 1570929001 | 1:09 PM | | 8,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, September 19, 2012 | SS | 1570929001 | 1:36 PM | | 6,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, September 20, 2012 | SS | 1570929001 | 1:33 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, September 21, 2012 | SS | 1570929001 | 1:16 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, September 24, 2012 | SS | 1485915806 | 9:40 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, September 24, 2012 | SS | 1570929001 | 1:38 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, September 25, 2012 | SS | 1570929001 | 1:31 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, September 26, 2012 | SS | 1570929001 | 1:50 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, September 27, 2012 | SS | 1570929001 | 1:31 PM | | 9,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, September 28, 2012 | SS | 1570929001 | 1:34 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, October 01, 2012 | SS | 1485915806 | 11:02 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, October 01, 2012 | SS | 1570929001 | 1:11 PM | Burtonsville | 9,100.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, October 02, 2012 | SS | 1570929001 | 1:16 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, October 03, 2012 | SS | 1570929001 | 1:45 PM | | 7,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, October 04, 2012 | SS | 1570929001 | 1:30 PM | | 7,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, October 05, 2012 | SS | 1570929001 | 1:21 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, October 09, 2012 | SS | 1485915806 | 10:28 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, October 09, 2012 | SS | 1570929001 | 1:28 PM | Burtonsville | 9,300.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, October 10, 2012 | SS | 1570929001 | 1:07 PM | | 9,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, October 11, 2012 | SS | 1570929001 | 1:45 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, October 12, 2012 | SS | 1570929001 | 1:52 PM | | 7,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, October 15, 2012 | SS | 1485915806 | 10:19 AM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, October 15, 2012 | SS | 1570929001 | 1:25 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, October 16, 2012 | SS | 1570929001 | 1:30 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, October 17, 2012 | SS | 1570929001 | 1:39 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, October 18, 2012 | SS | 1570929001 | 1:32 PM | | 5,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, October 19, 2012 | SS | 1570929001 | 1:17 PM | | 7,300.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, October 22, 2012 | SS | 1485915806 | 11:53 AM | Burtonsville | 7,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, October 22, 2012 | SS | 1570929001 | 1:45 PM | Burtonsville | 9,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, October 23, 2012 | SS | 1570929001 | 1:48 PM | | 6,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, October 24, 2012 | SS | 1570929001 | 1:23 PM | | 6,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, October 25, 2012 | SS | 1570929001 | 1:34 PM | | 7,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |

**ATTACHMENT A**
**SCHEDULE OF CASH DEPOSITS**
SANDY SPRING BANK ("SS") ACCOUNT NO. 1579929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)"
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915806 "BIRENDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 28, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Friday, October 26, 2012 | SS | 1579929001 | 1:16 PM | | 6,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, October 29, 2012 | SS | 1579929001 | 10:07 AM | Burtonsville | 9,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, October 29, 2012 | SS | 1485915806 | 10:45 AM | Burtonsville | 5,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, October 30, 2012 | SS | 1579929001 | | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, October 31, 2012 | SS | 1485915806 | 1:32 PM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, October 31, 2012 | SS | 1579929001 | 1:35 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Thursday, November 01, 2012 | SS | 1579929001 | 1:29 PM | | 5,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, November 02, 2012 | SS | 1579929001 | 1:37 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, November 05, 2012 | SS | 1579929001 | 1:32 PM | Burtonsville | 9,800.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, November 05, 2012 | SS | 1485915806 | 1:36 PM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, November 06, 2012 | SS | 1579929001 | 1:08 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, November 07, 2012 | SS | 1579929001 | 1:06 PM | | 6,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, November 08, 2012 | SS | 1579929001 | 1:30 PM | | 4,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, November 09, 2012 | SS | 1579929001 | 12:37 PM | | 5,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, November 13, 2012 | SS | 1485915806 | 11:01 AM | Burtonsville | 8,000.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, November 13, 2012 | SS | 1579929001 | 1:45 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, November 13, 2012 | SS | 1485915806 | 1:40 PM | Burtonsville | 8,000.00 | SAME ACCOUNT - SAME DAY |
| Wednesday, November 14, 2012 | SS | 1485915806 | 1:37 PM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, November 14, 2012 | SS | 1579929001 | 1:40 PM | Burtonsville | 9,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Thursday, November 15, 2012 | SS | 1579929001 | 1:42 PM | | 9,900.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, November 16, 2012 | SS | 1579929001 | 1:53 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, November 19, 2012 | SS | 1485915806 | 11:30 AM | Burtonsville | 8,000.00 | SAME ACCOUNT - SAME DAY / SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNT |
| Monday, November 19, 2012 | SS | 1579929001 | 11:30 AM | Burtonsville | 4,000.00 | SAME ACCOUNT - SAME DAY / SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNT |
| Monday, November 19, 2012 | SS | 1579929001 | 1:29 PM | Burtonsville | 9,500.00 | SAME ACCOUNT - SAME DAY / SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNT |
| Monday, November 19, 2012 | SS | 1485915806 | 1:33 PM | Burtonsville | 8,000.00 | SAME ACCOUNT - SAME DAY / SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNT |
| Tuesday, November 20, 2012 | SS | 1579929001 | 1:35 PM | | 9,900.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, November 21, 2012 | SS | 1579929001 | 1:39 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, November 21, 2012 | SS | 1485915806 | 1:43 PM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Friday, November 23, 2012 | SS | 1579929001 | 1:34 PM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Friday, November 23, 2012 | SS | 1485915806 | 1:36 PM | Burtonsville | 4,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, November 26, 2012 | SS | 1485915806 | 10:18 AM | Burtonsville | 8,000.00 | SAME ACCOUNT - SAME DAY |
| Monday, November 26, 2012 | SS | 1579929001 | 1:19 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, November 26, 2012 | SS | 1485915806 | 1:25 PM | Burtonsville | 8,000.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, November 27, 2012 | SS | 1579929001 | 1:15 PM | Burtonsville | 9,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, November 27, 2012 | SS | 1485915806 | 1:16 PM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, November 28, 2012 | SS | 1579929001 | 1:32 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, November 29, 2012 | SS | 1579929001 | 12:22 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, November 30, 2012 | SS | 1579929001 | 1:45 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, December 03, 2012 | SS | 1485915806 | 11:11 AM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, December 03, 2012 | SS | 1579929001 | 1:30 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, December 04, 2012 | SS | 1579929001 | 11:54 AM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, December 04, 2012 | SS | 1485915806 | 11:59 AM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, December 05, 2012 | SS | 1579929001 | 1:47 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, December 05, 2012 | SS | 1485915806 | 1:56 PM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |

**ATTACHMENT A**
**SCHEDULE OF CASH DEPOSITS**
SANDY SPRING BANK ("SS") ACCOUNT NO. 1570929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)"
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915805 "BRINDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 28, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Thursday, December 06, 2012 | SS | 1570929001 | 1:33 PM | | 8,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, December 07, 2012 | SS | 1570929001 | 1:52 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, December 10, 2012 | SS | 1485915805 | 11:50 AM | | 8,000.00 | SAME ACCOUNT - SAME DAY |
| Monday, December 10, 2012 | SS | 1570929001 | 1:44 PM | Burtonsville | 9,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, December 10, 2012 | SS | 1485915806 | 1:45 PM | Burtonsville | 8,000.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, December 11, 2012 | SS | 1570929001 | 1:42 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, December 12, 2012 | SS | 1570929001 | 1:52 PM | | 7,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, December 13, 2012 | SS | 1570929001 | 1:11 PM | | 8,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, December 14, 2012 | SS | 1570929001 | 2:00 PM | | 8,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, December 17, 2012 | SS | 1485915806 | 11:30 AM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, December 17, 2012 | SS | 1570929001 | 12:13 PM | Burtonsville | 9,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, December 18, 2012 | SS | 1570929001 | 1:32 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, December 19, 2012 | SS | 1570929001 | 1:30 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, December 20, 2012 | SS | 1570929001 | 1:26 PM | | 6,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, December 21, 2012 | SS | 1570929001 | 1:37 PM | | 7,300.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, December 24, 2012 | SS | 1570929001 | 9:26 AM | Burtonsville | 7,800.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, December 24, 2012 | SS | 1485915806 | 11:17 AM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, December 26, 2012 | SS | 1570929001 | 12:19 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, December 27, 2012 | SS | 1570929001 | 1:46 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, December 28, 2012 | SS | 1570929001 | 1:55 PM | | 9,300.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, December 31, 2012 | SS | 1570929001 | 11:38 AM | | 9,700.00 | |
| | | | | **2012 Total** | **$ 1,487,000.00** | |
| Wednesday, January 02, 2013 | SS | 1570929001 | 1:40 PM | | $ 9,300.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, January 03, 2013 | SS | 1570929001 | 1:50 PM | | 8,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, January 04, 2013 | SS | 1570929001 | 1:42 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, January 07, 2013 | SS | 1570929001 | 1:36 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, January 08, 2013 | SS | 1570929001 | 1:53 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, January 09, 2013 | SS | 1570929001 | 1:49 PM | | 6,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, January 10, 2013 | SS | 1570929001 | 1:38 PM | | 4,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, January 11, 2013 | SS | 1570929001 | 1:45 PM | | 8,100.00 | |
| Monday, January 14, 2013 | SS | 1570929001 | 1:49 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, January 15, 2013 | SS | 1570929001 | 1:43 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, January 16, 2013 | SS | 1570929001 | 1:39 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, January 17, 2013 | SS | 1570929001 | 1:27 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, January 18, 2013 | SS | 1485915806 | 1:23 PM | | 4,000.00 | |
| Tuesday, January 22, 2013 | SS | 1570929001 | 1:49 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, January 23, 2013 | SS | 1570929001 | 1:49 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, January 24, 2013 | SS | 1570929001 | 1:48 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, January 25, 2013 | SS | 1570929001 | 1:30 PM | | 6,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, January 28, 2013 | SS | 1485915806 | 11:50 AM | Burtonsville | 4,500.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, January 28, 2013 | SS | 1570929001 | 1:35 PM | Burtonsville | 9,800.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, January 29, 2013 | SS | 1570929001 | 1:17 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |

**ATTACHMENT A**
**SCHEDULE OF CASH DEPOSITS**
SANDY SPRING BANK ("SS") ACCOUNT NO. 1579929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)" ;
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915806 "BRINDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 22, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Thursday, January 31, 2013 | SS | 1579929001 | 1:20 PM | | 9,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, February 01, 2013 | SS | 1579929001 | 1:49 PM | | 7,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, February 04, 2013 | SS | 1579929001 | 1:40 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, February 05, 2013 | SS | 1579929001 | 1:42 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, February 06, 2013 | SS | 1579929001 | 1:30 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, February 07, 2013 | SS | 1579929001 | 1:50 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, February 08, 2013 | SS | 1579929001 | 1:54 PM | | 7,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, February 11, 2013 | SS | 1579929001 | 1:47 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, February 12, 2013 | SS | 1579929001 | 1:46 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, February 13, 2013 | SS | 1579929001 | 1:57 PM | | 8,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, February 14, 2013 | SS | 1579929001 | 1:54 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, February 15, 2013 | SS | 1579929001 | 1:43 PM | | 8,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, February 19, 2013 | SS | 1485915806 | 11:18 AM | Burtonsville | 8,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, February 19, 2013 | SS | 1579929001 | 1:55 PM | Burtonsville | 9,900.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Wednesday, February 20, 2013 | SS | 1579929001 | 1:47 PM | | 8,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, February 21, 2013 | SS | 1579929001 | 1:49 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, February 22, 2013 | SS | 1579929001 | 2:06 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, February 25, 2013 | SS | 1579929001 | 2:21 PM | | 9,400.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, February 26, 2013 | SS | 1579929001 | 2:32 PM | | 9,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, February 27, 2013 | SS | 1579929001 | 2:15 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, February 28, 2013 | SS | 1579929001 | 2:25 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, March 01, 2013 | SS | 1579929001 | 2:00 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, March 04, 2013 | SS | 1485915806 | 11:42 AM | Burtonsville | 7,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, March 04, 2013 | SS | 1579929001 | 2:36 PM | Burtonsville | 9,600.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, March 05, 2013 | SS | 1579929001 | 2:26 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, March 06, 2013 | SS | 1579929001 | 12:07 PM | | 8,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, March 08, 2013 | SS | 1579929001 | 2:35 PM | | 9,600.00 | |
| Monday, March 11, 2013 | SS | 1579929001 | 1:42 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, March 12, 2013 | SS | 1579929001 | 12:21 PM | | 9,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, March 13, 2013 | SS | 1579929001 | 2:06 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, March 14, 2013 | SS | 1579929001 | 1:37 PM | | 4,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, March 15, 2013 | SS | 1579929001 | 2:48 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, March 18, 2013 | SS | 1579929001 | 2:53 PM | | 9,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, March 19, 2013 | SS | 1579929001 | 2:36 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, March 20, 2013 | SS | 1579929001 | 1:56 PM | | 6,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, March 21, 2013 | SS | 1579929001 | 1:22 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, March 22, 2013 | SS | 1579929001 | 10:55 AM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, March 25, 2013 | SS | 1579929001 | 11:24 AM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, March 26, 2013 | SS | 1579929001 | 2:20 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, March 27, 2013 | SS | 1579929001 | 2:29 PM | | 6,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, March 29, 2013 | SS | 1579929001 | 2:38 PM | | 9,100.00 | |
| Monday, April 01, 2013 | SS | 1579929001 | 2:46 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, April 02, 2013 | SS | 1579929001 | 1:57 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, April 03, 2013 | SS | 1579929001 | 12:41 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |

**ATTACHMENT A**
**SCHEDULE OF CASH DEPOSITS**
SANDY SPRING BANK ("SS") ACCOUNT NO. 1579929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)"
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915605 "BIRENDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 28, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Thursday, April 04, 2013 | SS | 1579929001 | 2:34 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, April 05, 2013 | SS | 1579929001 | 2:42 PM | | 9,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, April 08, 2013 | SS | 1579929001 | 2:24 PM | Burtonsville | 9,700.00 | SAME ACCOUNT - SAME DAY |
| Monday, April 08, 2013 | SS | 1579929001 | 2:26 PM | Burtonsville | 3,000.00 | SAME ACCOUNT - SAME DAY |
| Tuesday, April 09, 2013 | SS | 1579929001 | 2:38 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, April 10, 2013 | SS | 1579929001 | 2:41 PM | | 9,900.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, April 11, 2013 | SS | 1579929001 | 2:41 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, April 12, 2013 | SS | 1579929001 | 2:34 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, April 15, 2013 | SS | 1579929001 | 2:51 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, April 16, 2013 | SS | 1579929001 | 2:19 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, April 17, 2013 | SS | 1579929001 | 2:37 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, April 18, 2013 | SS | 1579929001 | 2:16 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, April 19, 2013 | SS | 1579929001 | 2:51 PM | | 6,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, April 22, 2013 | SS | 1579929001 | 2:56 PM | | 9,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, April 23, 2013 | SS | 1579929001 | 11:49 AM | | 9,300.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, April 24, 2013 | SS | 1579929001 | 2:51 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, April 25, 2013 | SS | 1579929001 | 2:50 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, April 26, 2013 | SS | 1579929001 | 2:53 PM | | 7,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, April 29, 2013 | SS | 1579929001 | 2:53 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, April 30, 2013 | SS | 1579929001 | 2:51 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, May 01, 2013 | SS | 1579929001 | 2:28 PM | | 9,000.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, May 02, 2013 | SS | 1579929001 | 2:54 PM | | 6,900.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, May 03, 2013 | SS | 1579929001 | 11:35 AM | | 8,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, May 06, 2013 | SS | 1579929001 | 2:52 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, May 07, 2013 | SS | 1579929001 | 2:49 PM | | 9,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, May 08, 2013 | SS | 1579929001 | 2:57 PM | | 9,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, May 09, 2013 | SS | 1579929001 | 2:41 PM | | 8,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, May 10, 2013 | SS | 1579929001 | 2:50 PM | | 5,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, May 13, 2013 | SS | 1485915605 | 11:42 AM | Burtonsville | 5,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, May 13, 2013 | SS | 1570920001 | 2:28 PM | Burtonsville | 9,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, May 14, 2013 | SS | 1570929001 | 1:38 PM | Burtonsville | 4,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, May 14, 2013 | SS | 1485915605 | 1:40 PM | Burtonsville | 3,000.00 | |
| Thursday, May 16, 2013 | SS | 1570929001 | 2:32 PM | | 10,800.00 | |
| Friday, May 17, 2013 | SS | 1579929001 | 2:45 PM | | 7,800.00 | |
| Monday, May 20, 2013 | SS | 1485915605 | 11:28 AM | Burtonsville | 5,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, May 20, 2013 | SS | 1579929001 | 2:45 PM | Burtonsville | 9,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, May 21, 2013 | SS | 1579929001 | 2:53 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, May 22, 2013 | SS | 1579929001 | 2:48 PM | | 6,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, May 23, 2013 | SS | 1579929001 | 2:53 PM | | 6,800.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, May 24, 2013 | SS | 1579929001 | 2:51 PM | | 7,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, May 27, 2013 | SS | 1570920001 | 2:50 PM | | 9,700.00 | |
| Tuesday, May 28, 2013 | SS | 1485915605 | 10:44 AM | | 6,000.00 | |
| Wednesday, May 29, 2013 | SS | 1579929001 | 2:53 PM | | 7,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, May 30, 2013 | SS | 1579929001 | 2:54 PM | | 6,100.00 | SAME ACCOUNT - CONSECUTIVE DAYS |

ATTACHMENT A
SCHEDULE OF CASH DEPOSITS
SANDY SPRING BANK ("SS") ACCOUNT NO. 1570929001 "LEHAL ENTERPRISES, INC. (T/A GLEN BURNIE HESS)"
SANDY SPRING BANK ("SS") ACCOUNT NO. 1485915806 "BIRINDER SINGH AND LAKHWANT KAUR"
MAY 24, 2012 THROUGH JUNE 28, 2013

| DEPOSIT DATE | BANK | ACCOUNT NO. | TIME | BRANCH | AMOUNT | NOTES |
|---|---|---|---|---|---|---|
| Friday, May 31, 2013 | SS | 1570929001 | 2:52 PM | | 4,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, June 03, 2013 | SS | 1485915806 | 11:58 AM | Burtonsville | 5,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, June 03, 2013 | SS | 1570929001 | 2:00 PM | Burtonsville | 5,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, June 04, 2013 | SS | 1570929001 | 2:51 PM | | 9,400.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 05, 2013 | SS | 1570929001 | 2:48 PM | | 7,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, June 06, 2013 | SS | 1570929001 | 2:45 PM | | 4,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 07, 2013 | SS | 1570929001 | 2:37 PM | | 5,700.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, June 10, 2013 | SS | 1485915806 | 10:49 AM | Burtonsville | 6,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, June 10, 2013 | SS | 1570929001 | 2:44 PM | Burtonsville | 9,700.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, June 11, 2013 | SS | 1570929001 | 2:30 PM | | 6,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 12, 2013 | SS | 1570929001 | 2:38 PM | | 6,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 14, 2013 | SS | 1570929001 | 2:58 PM | | 9,000.00 | |
| Monday, June 17, 2013 | SS | 1570929001 | 2:51 PM | Burtonsville | 9,800.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Monday, June 17, 2013 | SS | 1485915806 | 2:55 PM | Burtonsville | 6,000.00 | SAME-DAY CASH DEPOSITS INTO BUSINESS & PERSONAL ACCOUNTS |
| Tuesday, June 18, 2013 | SS | 1570929001 | 1:37 PM | | 7,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 19, 2013 | SS | 1570929001 | 2:06 PM | | 5,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Thursday, June 20, 2013 | SS | 1570929001 | 2:45 PM | | 8,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 21, 2013 | SS | 1570929001 | 2:50 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Monday, June 24, 2013 | SS | 1570929001 | 2:52 PM | | 9,200.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Tuesday, June 25, 2013 | SS | 1570929001 | 2:24 PM | | 8,600.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Wednesday, June 26, 2013 | SS | 1570929001 | 2:24 PM | | 4,500.00 | SAME ACCOUNT - CONSECUTIVE DAYS |
| Friday, June 28, 2013 | SS | 1570929001 | 2:28 PM | | 9,200.00 | |

2013 Total $  1,036,100.00

Grand Total $  2,603,100.00